IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SABRINA WARD,<br><br>                 **Plaintiff,**<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>                 **Defendants.** | 8:23CV212<br><br><br>ORDER |

Pursuant to the Notice of Settlement (Filing No. 38) filed by the plaintiff as to defendant Trans Union LLC *only,*

**IT IS ORDERED:**

1. On or before **October 13, 2023**, the plaintiff and defendant Trans Union, LLC shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the plaintiffs' claims against Trans Union, LLC; and

2. Absent compliance with this order, the plaintiff's claims against Tans Union, LLC may be dismissed without further notice.

Dated this 13th day of September, 2023.

                                                BY THE COURT:

                                                s/ Michael D. Nelson
                                                United States Magistrate Judge