# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SABRINA WARD,<br><br>    **Plaintiff,**<br><br> vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    **Defendants.** | 8:23CV212<br><br><br>**ORDER** |

Pursuant to the Notice of Settlement (Filing No. 40) filed by the plaintiff as to defendant Equifax Information Solutions, Inc., *only,*

**IT IS ORDERED:**

1. On or before **October 27, 2023**, the plaintiff and defendant Equifax Information Solutions, Inc., shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the plaintiffs' claims against Equifax Information Solutions, Inc.: and

2. Absent compliance with this order, the plaintiff's claims against Equifax Information Solutions, Inc. may be dismissed without further notice.

Dated this 27th day of September, 2023.

                 BY THE COURT:

                 s/ Michael D. Nelson
                 United States Magistrate Judge