IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SABRINA WARD,

Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC,

Defendants.

**8:23CV212**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Stipulations of Dismissal with Prejudice of Defendant Equifax Information Services, LLC (Filing No. 51) and Defendant Trans Union, LLC (Filing No. 52).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED that Equifax Information Services LLC and Trans Union LLC be dismissed with prejudice with each party to bear their own fees and costs. Defendant Experian Information Solutions, Inc. remains a party in this action.

Dated this 5th day of December, 2023.

BY THE COURT:

s/ Joseph F. Bataillon_____
Senior United States District Judge