IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SABRINA WARD,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendant. | **8:23CV212**<br><br>**ORDER OF DISMISSAL** |

　　　This matter comes before the Court on the parties' Stipulations of Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. (Filing No. 54). The Court, being advised in the premises, finds that such an Order is proper.

　　　IT IS THEREFORE ORDERED that Experian Information Solutions, Inc. be dismissed in its entirety with prejudice with each party to bear their own fees and costs.

　　　Dated this 29th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge